CLERKS OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED

MAR 15 2022

JULIA C. DUDLEY, CLERK
BY: s/ H. MCDONALD
    DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
DANVILLE DIVISION

| | |
|---|---|
| PATRICIA ALBERTA NEWELL,     ) | |
|     Plaintiff,     ) | |
| ) | Case No. 4:21-cv-007 |
| v.     ) | |
| ) | |
| CARTER BANK & TRUST,     ) | By:   Michael F. Urbanski |
|     Defendant     ) | Chief United States District Judge |

### ORDER

This matter is before the Court on defendant Carter Bank & Trust's motion to dismiss Count II and Count III of plaintiff Patricia Newell's ("Newell") amended complaint, ECF No. 13, for failure to state a claim. Mot. to Dismiss, ECF No. 14. Newell opposed the motion and the court heard argument on June 22, 2021. For the reasons stated in the accompanying memorandum opinion, the Court **DENIES** Carter Bank's motion to dismiss as it relates to Count II's ADEA retaliation violation claim and Count III's ADAAA wrongful termination claim. The Court **GRANTS** Carter Bank's motion to dismiss as it relates to Count III's ADAAA hostile work environment claim.

It is so **ORDERED**.

Entered: 03/14/2022

Michael F. Urbanski
Chief U.S. District Judge
2022.03.14 14:37:49 -04'00'

Michael F. Urbanski
Chief United States District Judge